No. 11–114. JARVIS v. BOLDEN, ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE ADMINISTRATION. C. A. 11th Cir. Certiorari denied.

No. 11–116. AERA ENERGY LLC ET AL. v. SALAZAR, SECRETARY OF THE INTERIOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 11–118. MARTINEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 11–121. ZENG v. HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 11–124. HEARTWOOD 88, LLC, ET AL. v. BCS SERVICES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–130. HAWLEY v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–136. BAGLEY ET AL. v. BLAGOJEVICH ET AL. C. A. 7th Cir. Certiorari denied.

No. 11–137. BAPTISTA v. JPMORGAN CHASE BANK, N. A., AKA WASHINGTON MUTUAL BANK. C. A. 11th Cir. Certiorari denied.

No. 11–138. BAUER, TRUSTEE OF THE CRAIG E. BAUER INSURANCE TRUST v. RELIANCE STANDARD LIFE INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 11–140. STRATEGIC IMPACT CORP. ET AL. v. BIG DOG LOGISTICS, INC., ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 11–141. PEANUT FARMERS v. MURPHY, ADMINISTRATOR, RISK MANAGEMENT AGENCY. C. A. 4th Cir. Certiorari denied.

No. 11–145. NYOUNAI, AKA NGONYOUNAI v. HOLDER, ATTORNEY GENERAL. C. A. 6th Cir. Certiorari denied.

No. 11–146. MOSS v. FAIRBORN CITY SCHOOLS. C. A. 6th Cir. Certiorari denied.